UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DUKES,<br><br>    Petitioner,<br><br>    v.<br><br>D. DAVEY, Warden, et al.,<br><br>    Respondents. | Case No.: 1:16-cv-00375-JLT<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER<br><br>ORDER DIRECTING THAT A RESPONSE BE FILED WITHIN THIRTY DAYS |

On March 23, 2016, the Court ordered Petitioner to amend his petition within thirty days of the date of service of the order to amend. (Doc. 4). The order was based upon the Court's preliminary screening of the petition, which appeared to contain no exhausted claims and several claims that failed to articulate cognizable federal habeas claims. Almost sixty days have passed, but Petitioner has failed to do to so or otherwise respond.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." District Courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate…dismissal of a case. Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-

54 (9th Cir. 1995)(dismissal for noncompliance with local rule); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-1261 (9th Cir. 1992)(dismissal for failure to comply with an order requiring amendment of complaint); <u>Carey v. King</u>, 856 F.2d 1439, 1440-1441 (9th Cir. 1988)(dismissal for failure to comply with local rule requiring pro se plaintiffs to keep court apprised of address); <u>Malone v. U.S. Postal Service</u>, 833 F.2d 128, 130 (9th Cir. 1987)(dismissal for failure to comply with court order); <u>Henderson v. Duncan</u>, 779 F.2d 1421, 1424 (9th Cir. 1986)(dismissal for lack of prosecution and failure to comply with local rules).

## **ORDER**

For the foregoing reasons, the Court **ORDERS**:

1. **Within 30 days** Petitioner **SHALL** show cause in writing why the Petition should not be dismissed for Petitioner's failure to obey the Court's order to file an amended petition. **Petitioner may satisfy the Court's Order to Show Cause by filing an amended petition that complies with the Court's requirements specified in the March 23, 2016 order to amend**.

Petitioner is forewarned that his failure to comply with this order may result in a Recommendation that the Petition be dismissed pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **May 20, 2016**                    /s/ Jennifer L. Thurston
                                                   UNITED STATES MAGISTRATE JUDGE